IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| WESTLAKE PIPE & FITTINGS CORPORATION, a Delaware Corporation, | § § § § | No. 323, 2024 |
| Plaintiff-Below, Appellant, | § § § | Court Below: Superior Court of the State of Delaware |
| v. | § § | C.A. No. N23C-08-096 |
| GEON PERFORMANCE SOLUTIONS, LLC, a Delaware Limited Liability Company, | § § § § | |
| Defendant-Below, Appellee. | § § | |

Submitted:   March 18, 2025
Decided:      April 8, 2025

Before **VALIHURA, LEGROW**, and **GRIFFITHS**, Justices.

## **O R D E R**

NOW this 8th day of April 2025, the Court having considered this matter on the briefs and oral arguments of the parties and the record below and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its Memorandum Opinion granting Defendants' Motion to Dismiss dated July 12, 2024;

NOW THEREFORE, IT IS ORDERED that the decision and judgment of the Superior Court be and the same hereby is AFFIRMED.

BY THE COURT:

/s/ *Karen L. Valihura*
Justice